IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPILLTECH ENVIRONMENTAL, INC., | ) | |
| | ) | Civil Action No. 06 - 1459 |
| Plaintiff, | ) | |
| | ) | Judge Joy Flowers Conti / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| UNITED SORBENTS CHICAGO, LLC, et al, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SETTING INITIAL SCHEDULING CONFERENCE**

      The above-captioned case has been assigned to this Court for pretrial proceedings. Pursuant to Local Rule 16.1 and Rules 16 and 26 of the Federal Rules of Civil Procedure, an initial scheduling conference will be conducted in this case to discuss narrowing of the issues, the extent of pretrial preparation, discovery procedures, the early disposition of controlling questions of law, the probable extent of provable damages, the possibility of settlement, and any other matter that will contribute to the prompt disposition of the case. The initial scheduling conference will be held **on April 23, 2007, at 3:00 P.M.**, in Courtroom 7B, U.S. Post Office and Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania. Trial counsel shall attend.

      As required by Rule 26(f) of the Federal Rules of Civil Procedure, the parties must, as soon as practicable and in any event at least ten (10) days before the date set for the initial scheduling conference, "confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to prepare and file a report pursuant to Fed. R. Civ. P. 26(f), the form of which is set for th in Appendix B to the Local Rules, as well as a joint proposed initial scheduling

order, in compliance with the practices and procedures of the undersigned.

**SO ORDERED** this 3rd day of April, 2007.

By the Court:

s/Lisa Pupo Lenihan

Lisa Pupo Lenihan
United States Magistrate Judge

cc: All counsel of record